SCWC-11-0000488

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

COUNTY OF HAWAIʻI, a municipal corporation of the State of
Hawaiʻi, Respondent/Plaintiff-Appellee,

v.

ABEL SIMEONA LUI, Petitioner/Defendant-Appellant,

and

AH LUI, WILLIAM VIERNES-KEAWEPOEPOE, JOHN HERMAN, MARK THOMAS,
HARVEY KELIIKOA, THOMAS ANTHONY, LIKO MARTIN, SHELLEY STEPHENS,
and KITTRENA MORGAN, Respondents/Defendants-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000488; CASE NO. 3RC11-1-131K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of Petitioner/Defendant-Appellant Abel Simeona Lui's ("Lui") application for writ of certiorari filed on January 3, 2013, the County of Hawaiʻi's Response, and Lui's Reply, Lui's application for writ of certiorari is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 15, 2013.

Abel Simeona Lui,
petitioner pro se

Laureen L. Martin
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

